NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BANK OF AMERICA, N.A.,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Petitioner,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　Case No. 2D18-4663
　　　　　　　　　　　　　　　　　　)
THE UNKNOWN HEIRS, DEVISEES,　　　 )
GRANTEES, ASSIGNEES, LIENORS,　　 )
CREDITORS, TRUSTEES, OR　　　　　　)
OTHER CLAIMANTS CLAIMING BY,　　　 )
THROUGH, UNDER, OR AGAINST　　　　 )
LEE PARKER GILMORE A/K/A LEE　　　 )
GILMORE A/K/A SUSAN LEE　　　　　　)
PARKER A/K/A SUSAN LEE PARKER　　 )
GILMORE BRYANT A/K/A SUSAN LEE　　)
PARKER GILMORE BRYANT,　　　　　　 )
DECEASED,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Respondents.　　　　　　 )
_____)

Opinion filed August 23, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Lee County; Keith R. Kyle,
Judge.

Adam M. Topel and Tricia J. Duthiers
of Liebler, Gonzalez & Portuondo,
Miami, for Petitioner.

Erik Johanson and David S. Jennis
of Jennis Law Firm, Tampa, for
Respondents.

PER CURIAM.

Denied.

LaROSE, MORRIS, and SLEET, JJ., Concur.